IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN DAVID CAMPBELL; and )
ELAINE PITTMAN ) No. 3-10-0397
)
v. )
)
CITY OF NASHVILLE )

O R D E R

On June 1, 2010, defendant Metropolitan Government of Nashville and Davidson County (named in the complaint as City of Nashville) filed a motion to dismiss (Docket Entry No. 9).

The plaintiffs shall have until July 1, 2010, to file a response to the motion. The plaintiffs are warned that their failure to file a response to the motion could result in a recommendation that the case be dismissed.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge