IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN DAVID CAMPBELL, et al. )
)
v. ) NO. 3-10-0397
) JUDGE CAMPBELL
CITY OF NASHVILLE )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 29), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 9) is granted in part and denied in part. Plaintiffs' state law claims are DISMISSED without prejudice, and the claims of Plaintiff Elaine Pittman brought pursuant to 42 U.S.C. § 1983 are DISMISSED with prejudice.

In compliance with the Magistrate Judge's Report and Recommendation, Plaintiff has filed an Amended Complaint (Docket No. 33).

This case is referred back to the Magistrate Judge for further proceedings, in accordance with the Court's prior Order (Docket No. 3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE