IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN DAVID CAMPBELL )
)
v. ) NO. 3-10-0397
) JUDGE CAMPBELL
CITY OF NASHVILLE )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 93), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 54) is GRANTED, and this action is DISMISSED with prejudice. The Clerk is directed to close the file, and any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE